UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARANG PLAZA PINES, INC.,

          Plaintiff,

– *against* –

MT HAWLEY INSURANCE COMPANY,

          Defendant.

**ORDER**

23-cv-4392 (ER)

Ramos, D.J.:

    At a case management conference held on January 31, 2024, Defendant indicated that it anticipated filing a premotion letter for leave to file a motion for summary judgment. Jan. 31, 2024 Min. Entry. Defendant has not yet filed such letter, however, nor taken any other action in the case.

    The parties are directed to file a status update by May 31, 2024 as to whether either party intends to move for summary judgment and, if so, by when it intends to file a premotion letter.

    It is SO ORDERED.

Dated:   May 10, 2024
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.